IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| TITANNA SHINE,<br>   *Plaintiff*,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY,<br>   *Defendant*. | §<br>§<br>§<br>§    CASE NO. 5:24-CV-00044-JRG-JBB<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge J. Boone Baxter pursuant to 28 U.S.C. § 636. On May 29, 2025, the Magistrate Judge issued a Report and Recommendation and Order, recommending Defendant's No-Evidence Motion for Summary Judgment and Motion for Rule 37 Sanctions (Dkt. No. 23) and Defendant's Motion for Rule 37 Sanctions (Dkt. Nos. 42, 43) be denied at this time. The Magistrate Judge granted Defendant State Farm Mutual Automobile Insurance Company ("Defendant") leave to file another summary judgment motion and advised Plaintiff Titanna Shine ("Plaintiff") that continued failures to obey Court deadlines or orders may result in a recommendation that more severe sanctions be entered.[1] (*See* Dkt. No. 44 at 10.)

No objections have been filed to the Report and Recommendation. Thus, any aggrieved party is barred from *de novo* review by the district court of the proposed findings and recommendations of the Magistrate Judge. The Court, having reviewed the Report and Recommendation, is of the opinion the findings and conclusions of the Magistrate

---

[1] The Magistrate Judge also granted Defendant's Motion to Compel Plaintiff to Authorize Defendant to Obtain Plaintiff's Social Security Disability Records (Docket No. 30) and awarded Defendant its reasonable costs and attorney fees up to the amount of $2,500.00. *See* Docket No. 44 at 10.

Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 44) as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Defendant's No-Evidence Motion for Summary Judgment and Motion for Rule 37 Sanctions (Dkt. No. 23) and Defendant's Motion for Rule 37 Sanctions (Dkt. Nos. 42, 43) are **DENIED**. It is further

**ORDERED** that Defendant is granted leave to file another summary judgment motion, in line with the guidance provided in the May 29, 2025 Report and Recommendation, no later than **June 30, 2025**. Any response shall be filed within **fourteen (14) days** thereafter.

**So ORDERED and SIGNED this 25th day of June, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE